**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Adelaida S., Ismael C., and Tomas M., Defendants,

Of whom Adelaida S. is the Appellant,

In the interest of minor children under the age of eighteen years.

Appellate Case No. 2012-213527

Appeal From Greenville County
Robert N. Jenkins, Sr., Family Court Judge

Unpublished Opinion No. 2013-UP-175
Submitted April 5, 2013 – Filed April 26, 2013

**AFFIRMED**

Carla Jane Patat, of Patat Law Firm, LLC, of Greer, for Appellant.

Deborah Murdock, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Don J. Stevenson, of Greenville, for Guardian ad Litem.

**PER CURIAM:**  Adelaida S. appeals from the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.